IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| LEVI JEROME MARSHALL, JR., | |
| Petitioner, | CIVIL ACTION NO.: 5:22-cv-20 |
| v. | |
| WARDEN WILLIAM DANFORTH, | |
| Respondent. | |

**O R D E R**

Petitioner, who is currently housed at the Coffee Correctional Facility in Nicholls, Georgia, filed a 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus to contest his criminal convictions obtained in Chatham County, Georgia. Doc. 1. Because Petitioner is challenging events occurring in the Savannah Division of this Court, his § 2254 Petition should have been docketed in that Division rather than in the Waycross Division of this Court. 28 U.S.C. § 90(c)(3). Accordingly, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the Savannah Division of this Court for plenary disposition.

**SO ORDERED**, this 12th day of April, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA